UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00814
   HERLINDA RUIZ
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-6432

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/15/2008 and was confirmed 03/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 10/15/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING | CURRENT MORTG | 13909.93 | .00 | 13909.93 |
| LITTON LOAN SERVICING | MORTGAGE ARRE | .00 | .00 | .00 |
| FORD MOTOR CREDIT | SECURED NOT I | .00 | .00 | .00 |
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| ADT SECURITY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FAST & RELIABLE CASH | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 462.64 | .00 | 462.64 |
| IMPACTCASH USA | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | .00 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED NOT I | 4854.16 | .00 | .00 |
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 6.33 | .00 | 6.33 |
| LITTON LOAN SERVICING | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| ROBERT J ADAMS & ASSOC | DEBTOR ATTY | 3,500.00 | | 3,500.00 |
| TOM VAUGHN | TRUSTEE | | | 1,550.70 |
| DEBTOR REFUND | REFUND | | | 9,794.90 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 29,224.50 | |
| PRIORITY | | 6.33 |
| SECURED | | 13,909.93 |
| UNSECURED | | 462.64 |
| ADMINISTRATIVE | | 3,500.00 |
| TRUSTEE COMPENSATION | | 1,550.70 |
| DEBTOR REFUND | | 9,794.90 |
| | --------------- | --------------- |
| TOTALS | 29,224.50 | 29,224.50 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 00814 HERLINDA RUIZ

       Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 02/24/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE











                          PAGE   2
          CASE NO. 08 B 00814 HERLINDA RUIZ